IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| MEMTECH LLC<br><br>v.<br><br>DENSO CORPORATION et al. | 6:11CV25 LEAD CASE CONSOLIDATED WITH CASE NO. 6:11-CV-26-LED<br><br>JURY TRIAL DEMANDED |

## ORDER CONSOLIDATING CASE

On consideration of the Unopposed Motion to Consolidate Related Cases filed by plaintiff, this Court is of the opinion and finds that consolidation is warranted under Rule 42(a) because this case and *MEMTech vs. Analog Devices, Inc. et al.,* Case No. 6:11-cv-00025 involve common questions of law and fact. The Court therefore GRANTS the unopposed motion and ORDERS that this case is hereby consolidated into *MEMTech vs. Analog Devices, Inc. et al.,* Case No. 6:11-cv-00025. This case is closed and all future filings shall be made under Case No. 6:11-cv-00025. Nothing in this Order shall preclude any defendant or groups of defendants from hereafter moving for separate trial or for similar relief.

**So ORDERED and SIGNED this 9th day of May, 2011.**

**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**