IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| MEMTECH, LLC, § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| vs. § | NO. 6:11cv25 LED-JDL | |
| § | | |
| ANALOG DEVICES, INC., et al., § | | |
| § | | |
| Defendants. § | | |
| § | | |
| MEMTECH, LLC, § | | |
| § | | |
| Plaintiff, § | | |
| § | NO. 6:11cv26 LED-JDL | |
| vs. § | | |
| § | | |
| DENSO CORPORATION., et al., § | | |
| § | | |
| Defendants. | | |

## FINAL JUDGMENT

Pursuant to the Order granting the parties' Stipulation to Dismiss, the Court hereby enters Final Judgment. On January 14, 2011, Plaintiff MEMTech LLC filed suit against sixteen (16) Defendants. Since that time, all Defendants have been dismissed: Analog Devices, Inc.; Denso International America, Inc. (Doc. No. 155); Denso Corporation (Doc. No. 155); Digi-Key Corporation (Doc. No. 181); Digi-Key International Sales Corporation (Doc. No. 181); Freescale Semiconductor, Inc. (Doc. No. 180); Kionix, Inc. (Doc. No. 125); Sony Computer Entertainment America Inc. (Doc. No. 43); Sony Computer Entertainment America LLC (Doc. No. 124); Sony Computer Entertainment Inc. (Doc. No. 124); Sony Corporation (Doc. No. 124); Toyota Motor North America, Inc. (Doc. No. 157); Toyota Motor Sales, USA, Inc. (Doc. No.

157); Toyota Motor Corporation (Doc. No. 157); VTI Technologies OY (Doc. No. 152); and VTI Technologies, Inc. (Doc. No. 152).

It is therefore **ORDERED**, **ADJUDGED** and **DECREED** that the parties take nothing and that all pending motions are **DENIED AS MOOT**. All costs are to be borne by the party that incurred them.

It is further **ORDERED**, **ADJUDGED** and **DECREED** that all claims, counterclaims, and third-party claims in the instant suit be **DISMISSED** in their entirety.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 17th day of September, 2012.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**